AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RONALD LAW,

      Plaintiff,           JUDGMENT IN A CIVIL CASE

V.

                              CASE NUMBER: **3:12-CV-00261-LRH-VPC**

KINROSS GOLD U.S.A, INC.,

      Defendant.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Kinross' Motion for Summary Judgment (#30) is **GRANTED**. Judgment is hereby entered in favor of Defendant Kinross, and against Plaintiff Law.

   April 18, 2014                             **LANCE S. WILSON**
                                                                 Clerk

                                                    /s/ D. R. Morgan
                                                     Deputy Clerk